Jason B. Lattimore, Esq.
The Law Office of
**JASON B. LATTIMORE, ESQ.  LLC**
55 Madison Avenue
Suite 400
Morristown, NJ 07960
(973) 998-7477
Jason@LattimoreLaw.com

OF COUNSEL:

Timothy R. Shannon, Esq. (*pro hac vice*)
Seth S. Coburn, Esq. (*pro hac vice*)
**VERILL DANA LLP**
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
tshannon@verrill-law.com
scoburn@verrill-law.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WANGS ALLIANCE CORPORATION d/b/a WAC LIGHTING CO., <br><br> Plaintiff, <br><br> v. <br><br> CAST LIGHTING LLC, <br><br> Defendant. | Case No: 2:20-cv-3710-MCA-MAH |

**DECLARATION OF TIMOTHY R. SHANNON CONCERNING**
**CAST LIGHTING LLC'S AND WANGS ALLIANCE CORP.'S**
**JOINT SUBMISSION (SUPPORT AND OPPOSITION) RE**
**CAST LIGHTING LLC'S MOTION FOR LEAVE TO STAY PROCEEDINGS**

I, Timothy R. Shannon, do hereby on oath depose and state as follows:

1.   I am an attorney at the firm Verrill Dana LLP, One Portland Square, Portland, ME 04101, and counsel of record for plaintiff Wangs Alliance Corporation d/b/a WAC Lighting Co. ("WAC").  I am over the age of 18, am fully competent to make this declaration, and make this declaration on personal knowledge.

2.   Attached hereto as <u>Exhibit M</u> is a true and accurate copy of U.S. Patent 10,571,101;

3.   Attached hereto as <u>Exhibit N</u> is a true and accurate copy of a U.S. Patent and Trademark Office publication, "Trial Statistics – IPR, PGR,CBM – Patent Trial and Appeal Board," dated November 2020;

4.   Attached hereto as <u>Exhibit O</u> is a true and accurate copy of a U.S. Patent and Trademark Office publication, "PTAB Trial Statistics – FY20 End of Year Outcome Roundup – IPR, PGR,CBM," for Fiscal Year 2020;

5.   Attached hereto as <u>Exhibit P</u> is a true and accurate copy of a U.S. Patent and Trademark Office publication, "Patent Trial and Appeal Board Statistics," dated September 30, 2015;

6.   Attached hereto as <u>Exhibit Q</u> is a true and accurate copy of excerpts of the transcript of the deposition of David Beausoleil, dated October 19, 2020.

7.   Attached hereto as <u>Exhibit R</u> is a true and accurate copy of the Declaration of Todd Goers in support of Wangs Alliance Corporation's Opposition to Defendant CAST Lighting, LLC's Motion to Stay Proceedings, which attaches as Exhibit 6 a true and accurate copy of a computer screen shot taken on January 14, 2021.

Signed under the pains and penalties of perjury this 17th day of February, 2021.

s/ *Timothy R. Shannon*
Timothy R. Shannon

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of this document to be filed in accordance with the

Court's procedures through the CM/ECF system, to be sent electronically to the registered

participants, and paper copies to be sent to those indicated as nonregistered participants.


Dated:  February17, 2021                          <u>s/ *Bryan N. DeMatteo*      </u>
                                                  Bryan N. DeMatteo

14690929_1